UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-mj-268 |
| : | |
| PAYTON VALDEZ, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to continue the preliminary hearing set for Tuesday, February 20, 2024, in the above-captioned matter, for approximately 30 days, until March 19, 2024, or a date convenient to the Court. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and to review discovery productions.

The parties request that the Court exclude the time until the hearing on March 19, 2024, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

           MATTHEW M. GRAVES
           UNITED STATES ATTORNEY
           D.C. Bar No. 481052

By:   s/ *Sarah W. Rocha*
       SARAH W. ROCHA
       Trial Attorney
       D.C. Bar No. 977497
       601 D Street, NW
       Washington, DC 20579
       Telephone:  202-330-1735
       sarah.wilsonrocha@usdoj.gov